Parchman *v.* Conway.

---

### PETER L. PARCHMAN *v.* RICHARD CONWAY

The circuit court of Monroe county entered satisfaction, upon motion, of the judgment paid by C. for the benefit of his principal, while C. had his bill pending in the chancery court, praying to be subrogated to the rights of the plaintiff in the judgment, to enforce the same against the principal or maker. *Held,* that C. being no party to said proceedings in the circuit court, cannot be affected thereby, and they are null and void as to him.

Execution will issue on the judgment in the name of the plaintiff at law, indorsed for the benefit of C. under the operation of the decree.

ON appeal from the northern district chancery court at Fulton; Hon. Henry Dickinson, vice-chancellor.

This case was before the court at a former term (24 Miss. 665), where a full statement of the facts of the case will be found.

The bill in this case was filed by an indorser who had paid a judgment recovered against him and the maker of a promissory note, praying to be subrogated to the rights of the plaintiff

in the judgment, and to enforce the same at law against the principal for the benefit of the complainant. The court sustained the bill.

The defendant relied upon a motion in the circuit court of Monroe county, pending the bill, which was made and sustained to enter satisfaction of the judgment which complainant prayed the benefit of, because he had paid the judgment as indorser. The motion and judgment thereon were set up against the object sought to be attained by the bill.

The court rendered a decree in favor of Conway, and Parchman prayed an appeal to this court.

*D. C. Glenn,* for appellant.

*James Phelan,* for appellee.

Mr. Justice FISHER delivered the opinion of the court.

This case was before this court at its October term, 1852, and its merits were then settled in considering the demurrer to the bill.   24 Miss. R. 665.

No new question has since arisen requiring notice. While the bill was pending in the court below, a motion was made in the circuit court of Monroe county, to enter a satisfaction of the judgment, the benefit of which is claimed by the complainant. The circuit court sustained the motion and caused a satisfaction to be entered. The complainant being no party to said proceeding, cannot be affected thereby, and it must be treated as to him as null and void. It may be necessary to move or petition the circuit court to award execution; but this will only operate as a delay, and not to defeat the complainant's right. The execution will issue in the name of the plaintiff at law, indorsed for the benefit of the complainant, under the operation of the decree.

The decree will be modified in this court, declaring the entry of satisfaction of the judgment of the circuit court of Monroe county, sought to be enforced for the benefit of the complainant, as void, and to form no impediment to the complainant's enforcement of the same.

In all other things affirmed.